# INGA L. PARSONS
## CHRISTIAN URBANO*
### (of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                                   Christian@IngaParsonsLaw.com

BY ECF

July 25, 2017

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

Re:  *USA v Oral Watson* 16-cr-059 (AJN)

Dear Judge Nathan:

    I am counsel for Mr. Watson in the above-referenced case.  Mr. Watson was sentenced to 66 months in prison on July 14, 2017.  I write this letter to request approval for surrender of Mr. Watson's passport to his fiancé Joella Valdez.  The pretrial department by Ms. Kathia Bermudez has no objection but requests that I obtain court approval.

    Thank you for your time and consideration.

    Respectfully,

    /s/ *Inga L. Parsons*

    Inga L. Parsons

Cc:     AUSA Gina Castellano

Hon. Alison J. Nathan July 25, 2017
*U.S. v. Oral Watson* 16 cr. 059 Page 2 of 6

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing was served on the 25th day of July, 2017 upon the following by ECF/CM delivery:


  /s/ *Inga L. Parsons*
 Inga L. Parsons